NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1081

AJINOMOTO CO., INC.
and AJINOMOTO HEARTLAND LLC,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

GLOBAL BIO-CHEM TECHNOLOGY GROUP COMPANY LIMITED,
CHANGCHUN DACHENG BIO-CHEM ENGINEERING DEVELOPMENT CO., LTD.,
CHANGCHUN BAOHCENG BIO-CHEM DEVELOPMENT CO., LTD.,
CHANGCHUN DAHE BIO TECHNOLOGY DEVELOPMENT CO., LTD.,
and BIO-CHEM TECHNOLOGY (HK) LIMITED,

Intervenors.

On appeal from the United States International Trade Commission in
Investigation No. 337-TA-571.

ON MOTION

ORDER

Ajinomoto Co., Inc. et al. move without opposition for an extension of time, until

August 3, 2009, to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 15 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 15 2009

JAN HORBALY
CLERK

cc:    Joseph M. Malkin, Esq.
       James A. Worth, Esq.
       Claire Laporte, Esq.

s17